**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| Lisa M. Pearson | : | Chapter 13 |
| | : | Case No.:21-10224-amc |
| Debtor(s) | : | |

## PRAECIPE TO CHANGE DEBTOR(S) ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtor's <u>residential address</u> as follows:

512 Rennard Street
Philadelphia PA 19116

Dated:  May 28, 2026                                   */s/ Brad J. Sadek*
                                                                      Brad J. Sadek, Esquire
                                                                      Counsel for Debtor(s)